

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NOS. WR-82,217-04, WR-82,217-05 & WR-82,217-06

### EX PARTE ASHLEY NICOLE RICHARDS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 13857652-B, 1385763-B & 1385765-B
### IN THE 176TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of three cruelty to animals charges and sentenced to ten years' imprisonment in each case.

Applicant raises three grounds based on this Court's recent decision determining that deadly weapon findings do not apply to non-human victims. *Prichard v. State*, 533 S.W.3d 315 (Tex. Crim. App. 2017). The habeas court has recommended granting relief. However, Applicant has challenged these convictions before and does not demonstrate that *Prichard* is retroactive, making it applicable

to these cases. *Ex parte Oranday-Garcia*, 410 S.W.3d 865, 867 (Tex. Crim. App. 2013). Therefore, consideration of these writ applications is barred by Section 4 of Article 11.07 of the Code of Criminal Procedure. The writ applications are dismissed as subsequent.

Copies of this order shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Filed: November 7, 2018
Do not publish